```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RADHAMES A. SANTOS, JR.,

                Plaintiff,                18-CV-3349 (JPO)(SN)

       -against-                          **CONFERENCE ORDER**

LAMIM TRUCKING CORP., et al.,

                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On May 7, 2020, the Honorable J. Paul Oetken referred this matter to me for general pretrial supervision and to resolve the fee issue raised by the Plaintiff's May 6, 2020 Letter Motion. See ECF Nos. 44, 46. A conference call is scheduled for Monday, May 11, 2020, at 2:00 p.m., to discuss the fee issue presented by Plaintiff's May 6, 2020 Letter. At that time, Plaintiff's former counsel, of Harmon Linder & Rogowsky, and Plaintiff's counsel of Liakas Law, P.C., shall call (877) 402-9757 and enter access code 7938632 #. Defendants may join the conference call if desired but their attendance is not required.

**SO ORDERED**.

                                                                      _____
                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:       May 8, 2020
                 New York, New York